UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DARRYL O. STRICKLAND, SR., | ) | No. CV 10-2973-SJO (PLA) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| LOS ANGELES SOUTHWEST POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Defendants' Motion to Dismiss is granted: (a) with respect to plaintiff's federal claim(s), apart from his claims alleging the excessive use of force, without leave to amend but without prejudice as barred by Heck; and (b) dismissing his claim(s) alleging the excessive use of force without leave to amend and with prejudice for failure to state a claim.

3. The Court declines to exercise supplemental jurisdiction over any state law claims that plaintiff may be purporting to raise without prejudice to plaintiff filing such claims in state court.

4. Judgment shall be entered consistent with this order.

5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 20, 2012

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE