# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL O. STRICKLAND, SR., | No. CV 10-2973-SJO (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES SOUTHWEST POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: February 20, 2012.

                                                      *S. James Otero*
                                                    HONORABLE S. JAMES OTERO
                                                    UNITED STATES DISTRICT JUDGE